UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL CHAD MCGILL                                                              PLAINTIFF

v.                          Case No. 3:17-cv-00043 KGB/PSH

INMATE SERVICES                                                                  DEFENDANT

## ORDER

The Court has received a Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 5). No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 5).

It is therefore ordered that:

1. Plaintiff Michael Chad McGill's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted.

2. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

3. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this 27th day of June, 2017.

Kristine G. Baker
United States District Judge