**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**MICHAEL CHAD MCGILL**                                                              **PLAINTIFF**

**v.**                                    **Case No. 3:17-cv-00043 KGB/PSH**

**INMATE SERVICES**                                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The relief sought is denied, and the case is closed. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

It is so adjudged this 27th day of June, 2017.

Kristine G. Baker
United States District Judge